**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF CALIFORNIA

Case number *(if known)* _____    Chapter **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | The Roman Catholic Bishop of San Diego |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | Diocese of San Diego |
| 3. | Debtor's federal Employer Identification Number (EIN) | 95-1644613 |
| 4. | Debtor's address | **Principal place of business**<br>3888 Paducah Drive<br>San Diego, CA 92117<br>Number, Street, City, State & ZIP Code<br><br>San Diego<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | https://sdcatholic.org/ |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor  **The Roman Catholic Bishop of San Diego**        Case number (*if known*) _____
          Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

■ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

Official Form 201        **Voluntary Petition for Non-Individuals Filing for Bankruptcy**        page 2

Debtor **The Roman Catholic Bishop of San Diego**    Case number (*if known*) _____
          Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____    Relationship _____
District _____    When _____    Case number, if known _____

**11. Why is the case filed in *this district*?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
        Contact name _____
        Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:
☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49           ☐ 1,000-5,000        ☐ 25,001-50,000
☐ 50-99          ☐ 5001-10,000        ☐ 50,001-100,000
☐ 100-199        ☐ 10,001-25,000      ☐ More than 100,000
☒ 200-999

**15. Estimated Assets**

☐ $0 - $50,000              ☐ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000        ☐ $10,000,001 - $50 million       ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☒ $100,000,001 - $500 million     ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000              ☐ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 3

Debtor   __The Roman Catholic Bishop of San Diego__                    Case number (*if known*) _____
         Name

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☒ $100,000,001 - $500 million
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor  **The Roman Catholic Bishop of San Diego**               Case number (*if known*) _____
        Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **June 17, 2024**
            MM / DD / YYYY

X _____        **Robert Cardinal McElroy**
Signature of authorized representative of debtor    Printed name

Title  **Bishop**

**18. Signature of attorney**

X  /s/ Jeffrey D. Cawdrey                 Date  06/17/2024
Signature of attorney for debtor                MM / DD / YYYY

**Jeffrey D. Cawdrey**
Printed name

**Gordon Rees Scully Mansukhani LLP**
Firm name

**101 W. Broadway**
**Suite 2000**
**San Diego, CA 92101**
Number, Street, City, State & ZIP Code

Contact phone  **(619) 696-6700**     Email address  **jcawdrey@grsm.com**

**120488 CA**
Bar number and State

## STATEMENT AND RESOLUTIONS REGARDING

## AUTHORITY TO SIGN AND FILE PETITION

I, Robert Cardinal McElroy, declare under penalty of perjury:

Whereas, The Roman Catholic Bishop of San Diego, a corporation sole ("Corporation"), is a California nonprofit religious corporation duly organized and existing under the laws of the State of California, for the purpose of administering the temporal affairs of the Roman Catholic Diocese of San Diego ("Diocese"); and

Whereas, pursuant to California Corporations Code sections 10001 et seq., the Corporation, as a corporation sole, has no directors and only one officer, who is the incumbent Bishop of the Diocese;

Whereas, I am the incumbent Bishop of the Diocese; and

Whereas, I have consulted with all consultative bodies of the Diocese as required by Canon Law with respect to the subject matter of this Statement and the Resolutions which follow, including the Diocesan Finance Council and the College of Consultors; and

WHEREAS, it is in the best interests of the Corporation to file a voluntary petition with the United States Bankruptcy Court for the Southern District of California pursuant to Chapter 11 of Title 11 of the United States Code; and

WHEREAS, it is in the best interests of the Corporation to engage outside professionals to assist with and support the Corporation's restructuring process, including, but not limited to, general bankruptcy counsel, special counsel, financial advisor, and claims agent; and

1

WHEREAS, in accordance with canon 1295 of the Code of Canon Law, I, as Bishop, have sought and obtained the *nihil obstat* from the Holy See regarding the filing of a chapter 11 bankruptcy on behalf of the Corporation; and

WHEREAS, I, as Bishop, have determined, after such consultations, that taking the actions set forth below are advisable and in the best interests of the Corporation.

NOW, THEREFORE, BE IT RESOLVED:

1. I, as Bishop, hereby authorize the Corporation to engage outside professionals to assist with and support the Corporation's 's restructuring process, including, but not limited to, general bankruptcy counsel, special counsel, financial advisor, and claims agent; and

2. I hereby authorize the filing of a Chapter 11 voluntary petition on behalf of the Corporation (the "Chapter 11 Case"); and

3. I hereby authorize and direct Rodrigo Valdivia, Vice Moderator of the Curia, and Shirley Pajanor, Chief Financial Officer (collectively "Authorized Persons"), each of whom transacts business on behalf of the Corporation under a general power of attorney given by me, to appear on behalf of the Corporation in the Chapter 11 Case and, acting either singly or jointly, to otherwise do and perform all other acts and deeds and to execute and deliver all other necessary documents on behalf of the Corporation in connection with the Chapter 11 Case; and

4. The Authorized Persons are hereby authorized, empowered, and directed in the name and on behalf of the Corporation, acting either singly or jointly, to cause to be done and performed all such acts, deeds, and things, and to make, execute and deliver, or cause to be made, executed and delivered, all such documents, instruments, certificates, or agreements in the name and on behalf of the Corporation or otherwise as may be necessary or appropriate to effectuate or carry

2

out fully the purpose and intent of these resolutions and any of the transactions contemplated thereby; and

    5. All actions heretofore taken in connection with any matter referred to in the foregoing resolutions are hereby approved, ratified and confirmed in all respects.

Dated: June 5, 2024.

                                               *[signature]*
                                               Robert Cardinal McElroy
                                               Bishop of the Diocese of San Diego and sole officer of The Roman Catholic Bishop of San Diego, a California corporation sole