CSD 1007-7 [02/2022]

Name, Address, Telephone, & I.D. No.
JEFFREY D. CAWDREY (SBN: 120488)
MEGAN M. ADEYEMO (TX BN: 24099595)(PHV PENDING)
KATHRYN M.S. CATHERWOOD (SBN: 149170)
KATE M. PATRICK (NY BN: 5638572)(PHV PENDING)
ANNIE C. MATTHEWS (TX BN: 24115058) (PHV PENDING)
GORDON REES SCULLY MANSUKHANI, LLP
101 W. Broadway Suite 2000, San Diego, CA 92101

Telephone: (619) 696-6700

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA**
325 West F Street, San Diego, California 92101-6991

| In Re | Bankruptcy No. |
| **The Roman Catholic Bishop of San Diego** | |
| Debtor(s) | |
| | Adversary No. |
| Plaintiff(s) | |
| V. | [add if filed in response to hearing] |
| | Date of Hearing: |
| Defendant(s) | Time of Hearing: |
| | Name of Judge: |

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Bankruptcy Rules 1007(a) and 7007.1, and Local Bankruptcy Rules 1007-7 and 7007.1-1,

__**The Roman Catholic Bishop of San Diego**__, a
[Name of Corporate Party]

(check one)

■ Corporate Debtor
☐ Party to an Adversary Proceeding

makes the following disclosure(s): (check one)

☐   All corporations, other than a governmental unit, that directly or indirectly own ten 10% or more of any class of the corporation's equity interests are listed below:

_____
_____
_____
_____

OR

■   There are no corporate entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Dated: June 17, 2024                         /s/ Jeffrey D. Cawdrey
                                              **Jeffrey D. Cawdrey**
                                                   Attorney Signature