**Fill in this information to identify the case:**

Debtor name: The Roman Catholic Bishop of San Diego

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known): 24-02202

☐ Check if this is an amended filing

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 17, 2024

x /s/ Shirley Pajanor
Signature of individual signing on behalf of debtor

**Shirley Pajanor**
Printed name

**Chief Financial Officer**
Position or relationship to debtor

Official Form 202        Declaration Under Penalty of Perjury for Non-Individual Debtors

| **Fill in this information to identify the case:** |
|---|
| **Debtor name:** The Roman Catholic Bishop of San Diego |
| **United States Bankruptcy Court for the:** Southern District of California |
| **Case number (if known):** 24-02202 |

☐ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 Largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 Largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent unliqui-dated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | The San Diego Catholic Account for Parishes and Schools, Incorporated c/o Franklin Soto Leeds LLP 444 West C Street, Ste 300 San Diego CA 92101 | Paul Leeds, Esq. Tel: (619) 872-2523 pleeds@fsl.law | Unsecured Loan | ☐ C ☐ U ☐ D | | | $10,337,606.00 |
| 2 | John Roe 100 c/o The Zalkin Law Firm 10590 W. Ocean Air Drive Suite 125 San Diego CA 92130 | Irwin Zalkin, Esq. Tel: (619) 330-1120 irwin@zalkin.com | Tort Claimant | ☑ C ☑ U ☑ D | | | Unknown |
| 3 | Jane ZLFP Roe SD c/o The Zalkin Law Firm 10590 W. Ocean Air Drive Suite 125 San Diego CA 92130 | Irwin Zalkin, Esq. Tel: (619) 330-1120 irwin@zalkin.com | Tort Claimant | ☑ C ☑ U ☑ D | | | Unknown |
| 4 | John Roe 71 c/o The Zalkin Law Firm 10590 W. Ocean Air Drive Suite 125 San Diego CA 92130 | Irwin Zalkin, Esq. Tel: (619) 330-1120 irwin@zalkin.com | Tort Claimant | ☑ C ☑ U ☑ D | | | Unknown |
| 5 | John SD-32 Doe c/o The Zalkin Law Firm 10590 W. Ocean Air Drive Suite 125 San Diego CA 92130 | Irwin Zalkin, Esq. Tel: (619) 330-1120 irwin@zalkin.com | Tort Claimant | ☑ C ☑ U ☑ D | | | Unknown |

Debtor   **The Roman Catholic Bishop of San Diego**                                                                 Case number *(if known)* **24-**02202

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent unliqui-dated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6 | John Doe SD 2080<br>c/o Jeff Anderson & Associates<br>12011 San Vicente Boulevard<br>Suite 700<br>Los Angeles CA 90049 | J. Michael Reck, Esq.<br>Tel: (949) 919-5693<br>mreck@andersonadvocates.com | Tort Claimant | ☑ C<br>☑ U<br>☑ D | | | Unknown |
| 7 | John Doe SD 1459<br>c/o Jeff Anderson & Associates<br>12011 San Vicente Boulevard<br>Suite 700<br>Los Angeles CA 90049 | J. Michael Reck, Esq.<br>Tel: (949) 919-5693<br>mreck@andersonadvocates.com | Tort Claimant | ☑ C<br>☑ U<br>☑ D | | | Unknown |
| 8 | Jane Doe SD 2061<br>c/o Jeff Anderson & Associates<br>12011 San Vicente Boulevard<br>Suite 700<br>Los Angeles CA 90049 | J. Michael Reck, Esq.<br>Tel: (949) 919-5693<br>mreck@andersonadvocates.com | Tort Claimant | ☑ C<br>☑ U<br>☑ D | | | Unknown |
| 9 | Jane Roe 144<br>c/o Slater Slater Schulman LLP<br>8383 Wilshire Blvd.<br>Suite 255<br>Beverly Hills CA 90211 | Michael W. Carney, Esq.<br>Tel: (800) 251-6990<br>mcarney@sssfirm.com | Tort Claimant | ☑ C<br>☑ U<br>☑ D | | | Unknown |
| 10 | John Roe 269<br>c/o Slater Slater Schulman LLP<br>8383 Wilshire Blvd.<br>Suite 255<br>Beverly Hills CA 90211 | Michael W. Carney, Esq.<br>Tel: (800) 251-6990<br>mcarney@sssfirm.com | Tort Claimant | ☑ C<br>☑ U<br>☑ D | | | Unknown |
| 11 | John Roe 459<br>c/o Slater Slater Schulman LLP<br>8383 Wilshire Blvd.<br>Suite 255<br>Beverly Hills CA 90211 | Michael W. Carney, Esq.<br>Tel: (800) 251-6990<br>mcarney@sssfirm.com | Tort Claimant | ☑ C<br>☑ U<br>☑ D | | | Unknown |
| 12 | John SD-16 Doe<br>c/o Manly, Stewart & Finaldi<br>19100 Von Karman Avenue<br>Suite 800<br>Irvine CA 92612 | John C. Manly, Esq.<br>Tel: (949) 252-9990<br>jmanly@manlystewart.com | Tort Claimant | ☑ C<br>☑ U<br>☑ D | | | Unknown |
| 13 | Jane SD-23 Doe<br>c/o Manly, Stewart & Finaldi<br>19100 Von Karman Avenue<br>Suite 800<br>Irvine CA 92612 | John C. Manly, Esq.<br>Tel: (949) 252-9990<br>jmanly@manlystewart.com | Tort Claimant | ☑ C<br>☑ U<br>☑ D | | | Unknown |
| 14 | John Doe M.R.M<br>c/o Boucher LLP<br>21600 Oxnard Street<br>Suite 600<br>Woodland Hills CA 91367 | Raymond Boucher, Esq.<br>Tel: (818) 340-5400<br>ray@boucher.la | Tort Claimant | ☑ C<br>☑ U<br>☑ D | | | Unknown |

Official Form 204        Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims        Page 2

| Debtor | **The Roman Catholic Bishop of San Diego** | | | Case number *(if known)* **24-**02202 |

| | **Name of creditor and complete mailing address, including zip code** | **Name, telephone number, and email address of creditor contact** | **Nature of the claim** (for example, trade debts, bank loans, professional services, and government contracts) | **Indicate if claim is contingent unliqui- dated, or disputed** | **Amount of unsecured claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 15 | John Doe 536 c/o Winer Burritt & Scott LLP 1901 Harrison Street Suite 1100 Oakland CA 94612 | John D. Winer, Esq. Tel: (866) 680-7184 john@wmlawyers.com | Tort Claimant | ☑ C ☑ U ☑ D | | | Unknown |
| 16 | Plaintiff H.L. c/o Herman Law 9434 Deschutes Road Suite 1000 Palo Cedro CA 96073 | Gregory Garcia, Esq. Tel: (866) 405-3571 ggarcia@hermanlaw.com | Tort Claimant | ☑ C ☑ U ☑ D | | | Unknown |
| 17 | John EA Roe c/o The Law Office of James Byrnes 424 F Street Suite 201 San Diego CA 92101 | James F. Byrnes, Esq. Tel: (619) 544-1477 lawbyrnes@yahoo.com | Tort Claimant | ☑ C ☑ U ☑ D | | | Unknown |
| 18 | John Doe CLG03395 c/o Edwards & De La Cerda, PLLC 3500 Maple Ave Suite 1100 Dallas TX 75219 | Pedro de la Cerda Tel: (972) 992-7766 peter@dfwinjurylawyers.com | Tort Claimant | ☑ C ☑ U ☑ D | | | Unknown |
| 19 | John BR Doe c/o Demarco Law Firm 133 W Lemon Ave Monrovia CA 91016 | Anthony M. Demarco, Esq. Tel: (626) 657-2009 anthony@demarcolawfirm.com | Tort Claimant | ☑ C ☑ U ☑ D | | | Unknown |
| 20 | John Doe 2847 c/o Matthews & Associates 250 Vallombrosa Ave Suite 266 Chico CA 95926 | Pedro de la Cerda Tel: (972) 992-7766 peter@dfwinjurylawyers.com | Tort Claimant | ☑ C ☑ U ☑ D | | | Unknown |