# Notice Recipients

District/Off: 0974–3           User: Admin.                    Date Created: 6/2/2026

Case: 24–02202–CL11           Form ID: pdfO1                  Total: 53

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**

cr          John Doe (Claimant No. 20320)
cr          John Doe (Claimant No. 20302)

TOTAL: 2

**Recipients of Notice of Electronic Filing:**

aty          Aram Ordubegian          ordubegian.aram@arentfox.com
aty          Caroline Golshan          cgolshan@pcvalaw.com
aty          Christopher K.S. Wong          christopher.wong@afslaw.com
aty          David M Klauder          dklauder@bk–legal.com
aty          Devin M. Storey          dms@zalkin.com
aty          Elliott N. Kanter          ekanter@enkanter.com
aty          Eric D. Goldberg          eric.goldberg@dlapiper.com
aty          Everett J. Cygal          everett.cygal@afslaw.com
aty          Hunter Haddock          hunter@zalkin.com
aty          Irwin M. Zalkin          irwin@zalkin.com
aty          J. Michael Reck          mreck@andersonadvocates.com
aty          James Byrnes          lawbyrnesbk@yahoo.com
aty          Jeffrey D. Cawdrey          jcawdrey@gordonrees.com
aty          Kathleen M Patrick          kpatrick@grsm.com
aty          Kelsey Lynn Campbell          kelsey@aswtlawyers.com
aty          Louis J. Cisz, III          lcisz@nixonpeabody.com
aty          Megan Adeyemo          madeyemo@gordonrees.com
aty          Melisa Rosadini–Knott          mrosadini@peifferwolf.com
aty          Meredith King          mking@fsl.law
aty          Michael Finnegan          mike@andersonadvocates.com
aty          Paul J Leeds          Pleeds@fsl.law
aty          Pedro DE LA Cerda          peter@dfwinjurylawyers.com
aty          Raymond Paul Boucher          haro@boucher.la
aty          Samuel Kidder          skidder@ktbslaw.com
aty          Sasha M. Gurvitz          sgurvitz@ktbslaw.com
aty          Shelby Poteet          spoteet@fsl.law
aty          Sin–Ting Mary Liu          mliu@awkolaw.com
aty          Timothy C. Hale          tim@nshmlaw.com
aty          Valerie Bantner Peo          vbantnerpeo@buchalter.com
aty          Veronica Mittino          vmittino@sssfirm.com

TOTAL: 30

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db          The Roman Catholic Bishop of San Diego          3888 Paducah Drive          San Diego, CA 92117
intp          The Zalkin Law Firm P.C.          10590 W. Ocean Air Drive, Ste. 175          San Diego, CA 92130
pty          Pseudo6          Donlin, Recano & Company 24–2202          c/o Angelon Group          200 Vesey Street, 24th Floor          New York, NY 10281
intp          Pachulski Stang Ziehl & Jones LLP          10100 Santa Monica Bl., 13th Fl          Los Angeles, CA 90067
cr          Ford Motor Credit Company, LLC, c/o AIS Portfolio Services, LLC          4515 N Santa Fe Ave. Dept. APS          Oklahoma City, OK 73118
cr          The San Diego Catholic Account for Parishes and Schools, Incorporated          Franklin Soto Leeds LLP          c/o Paul J. Leeds          444 West C Street, Suite 300          San Diego, CA 92101 UNITED STATES
cr          Suzanne C. Bermudez          Treasurer–Tax Collector          Office of the Tax Collector          940 West Main Street, Suite 106          El Centro, CA 92243
cr          The Zalkin Law Firm P.C.          10590 W. Ocean Air Drive, Ste. 175          San Diego, CA 92130
crcm          Official Committee of Unsecured Creditors          KTBS Law LLP          1801 Century Park East          26th Floor          Los Angeles, CA 90067
cr          California Self–Insurers' Security Fund          c/o Louis J. Cisz, III          NIXON PEABODY LLP          One Embarcadero Center, 32nd Fl.          San Francisco, CA 94111
intp          Berkeley Research Group, LLC          Buchalter          c/o Valerie Bantner Peo          425 Market Street, Suite 2900          San Francisco, CA 94105
cr          Sammeiso Leonard Lewis          3720 S. Dearborn, Apt 210          Chicago, IL 60609
aty          James Byrnes          Law Office of James Byrnes          424 F Street          Suite 201          San Diego, CA 92101 UNITED STATES
cl          Zalkin Claimants          The Zalkin Firm LLP          10590 West Ocean Air Drive          Suite 175          San Diego, CA 92130
cr          John Doe T.Y.          C/O Peiffer Wolf          555 Montgomery Street          Suite 820          San Francisco, CA 94111
cr          John Doe T.S.          C/O Peiffer Wolf          555 Montgomery Street          Suite 820          San Francisco, CA 94111
intp          Matthews & Associates          Matthews & Associates          2905 Sackett St.          t.          Houston, TX 77098 UNITED STATES
intp          Jeff Anderson & Assocaites          12011 San Vicente Blvd, Ste 700          Los Angeles, CA 90049
cr          Raul Diaz          6768 Central Ave.          `          Lemon Grove, CA 91945

| intp | Pfau Cochran Vertetis Amala | 701 Fifth Ave | Ste 4300 | Seattle, WA 98104 | |
| aty | Christopher Celentino | Ballard Spahr LLP | 655 W. Broadway | Suite 1600 | San Diego, CA 92101 |

TOTAL: 21