Order Entered on
June 2, 2026
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC BISHOP OF SAN DIEGO,<br><br>Debtor. | BANKRUPTCY NO. 24-02202-CL11<br><br>Name of Judge: Christopher B. Latham |

## ORDER RE OBJECTION TO CLAIM NO. 20671

IT IS HEREBY ORDERED as set forth on the continuation page(s) attached, numbered two (2) through two (2).

DATED: June 2, 2026

_____
Judge, United States Bankruptcy Court

Page 2   | ORDER RE OBJECTION TO CLAIM NO. 20671

IN RE THE ROMAN CATHOLIC BISHOP OF SAN DIEGO                    Case No. 24-02202-CL11

The court has considered Catholic Mutual Relief Society of America and the Catholic Relief Insurance Company ("CMG")'s objection to Claim No. 20671 (ECF No. 1149), Claimant's response (ECF No. 1620), and its own docket.  The court found the matter suitable for disposition without oral argument (ECF No. 1716).

CMG objected to Claim No. 20671 for failure to state a claim, as the alleged abuse was committed by a perpetrator accused for the first time – thus negating any negligence by Debtor (ECF Nos. 991 & 1515).  In January 2026, CMG tendered a settlement offer to Claimant that would resolve the claim and pending objection (ECF No. 1620).  Claimant accepted, and Debtor and CMG petitioned the court for approval (ECF Nos. 1645 & 1702).  That approved settlement will result in Claimant's release of abuse claims against Debtor, CMG and affiliated entities (ECF Nos. 1645, 1646 & 1762).  And the claim will be disallowed in its entirety.  *Id.*  Accordingly, the objection is now **moot**.

IT IS SO ORDERED.

Signed by Judge Christopher B. Latham June 2, 2026