Order Entered on
June 2, 2026
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC BISHOP OF SAN DIEGO,<br><br>Debtor. | BANKRUPTCY NO.   24-02202-CL11<br><br>Name of Judge:   Christopher B. Latham |

## ORDER RE OBJECTION TO CLAIM NO. 20787

IT IS HEREBY ORDERED as set forth on the continuation page(s) attached, numbered two (2) through two (2).

DATED:   June 2, 2026

_____
Judge, United States Bankruptcy Court

Page 2  | ORDER RE OBJECTION TO CLAIM NO. 20787

IN RE THE ROMAN CATHOLIC BISHOP OF SAN DIEGO                    Case No. 24-02202-CL11

The court has considered Debtor's unopposed objection to Claim No. 20787 and reply (ECF Nos. 1264, 1265 & 1677) and its own docket.  It found the matter suitable for disposition without oral argument (ECF No. 1718).

Debtor objected to Claim No. 20787 as barred for failure to timely file a proof of claim (ECF Nos. 1264 & 1265).  The general creditor claims bar date was February 3, 2025 (ECF No. 292).  *See* FED. R. BANKR. P. 3003(c)(3).  But Claim No. 20787 was filed on March 25, 2025 (ECF No. 1265).

A claim may be objected to as untimely.  11 U.S.C. § 502(b)(9).  With few exceptions – none of which apply here – an untimely claim is properly disallowed.  *Id.*  And the court did not extend Claimant's bar date.  Accordingly, it **sustains** Debtor's objection, **disallows** Claim No. 20787, and **strikes** the corresponding Proof of Claim.  *See* LBR 9013-7(b)(2).

IT IS SO ORDERED.

Signed by Judge Christopher B. Latham June 2, 2026